# United States Court of Appeals
# for the Federal Circuit

―――――――――――

June 3, 2019

**ERRATA**

―――――――――――

Appeal No. 2017-2510

**CENTRAK, INC.,**
*Plaintiff-Appellant*

**v.**

**SONITOR TECHNOLOGIES, INC.,**
*Defendant-Appellee*

Decided: February 14, 2019
Precedential Opinion

―――――――――――

Please make the following change:

Page 7, line 16 replace "Sonitor appeals" with "CenTrak appeals".